UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KELLI MUSE, </br>        Plaintiff, </br> </br>vs. </br> </br>ONSLOW COUNTY BOARD OF </br>EDUCATION and RUSSELL ERIC </br>WHITFIELD, </br>        Defendants. | **JUDGMENT** </br> **CASE NO. 7:22-CV-61-M-KS** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered on March 16, 2023 [DE-36], Defendant Onslow County Board of Education's Motion to Dismiss is GRANTED and Plaintiff's complaint is DISMISSED.

This Judgment filed and entered on March 16, 2023, and copies to:
Neubia Harris (via CM/ECF Electronic Notification)
James Hester (via CM/ECF Electronic Notification)
Ryan Eubanks (via CM/ECF Electronic Notification)
Russell Whitfield (via U.S. Mail)

March 16, 2023

                                                Peter A. Moore, Jr.
                                                Clerk of Court

                                            By: /s/ Kimberly R. McNally
                                                Deputy Clerk